## Case No. 4,486.

In re ENGEL et al.

## Case No. 4,487.

ENGLAND v. THOMPSON et al.

[3 Cliff. 271.] [1]

Circuit Court, D. Massachusetts. May Term, 1869.

[1] [Reported by William Henry Clifford, Esq., and here reprinted by permission.]